IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMENIC TRICOME | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EBAY, INC. | : | NO. 14-5719 |

**ORDER**

AND NOW, this 23rd day of October, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Eduardo C. Robreno

EDUARDO C. ROBRENO, J.